# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT ACRE and MARGARET ACRE, husband   PLAINTIFFS/
and wife; FRANCES SMITH, a single person;   COUNTER DEFENDANTS
RUSSELL ACRE and ANITA ACRE, husband and wife;
PAUL ACRE and DONNA ACRE, husband and wife; and
JERRY PEARSON and MARGARET PEARSON, husband and wife

v.                          No. 4:09CV00421 JLH

                                                                                    DEFENDANT/
SPINDLETOP OIL & GAS COMPANY                            COUNTER-CLAIMANT

## ORDER

Spindletop Oil & Gas Company filed a motion for summary judgment on January 6, 2011. Pursuant to Local Rule 7.2(b) and Rule 6(d) of the Federal Rules of Civil Procedure, the response to the motion for summary judgment was due on January 24, 2011. No response has been filed. If no response is filed by 5:00 p.m. on Friday, February 4, 2011, the Court will assume that the plaintiffs do not oppose the motion for summary judgment and will act accordingly.

IT IS SO ORDERED this 31st day of January, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE