**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT ACRE and MARGARET ACRE, husband                    PLAINTIFFS/
and wife; FRANCES SMITH, a single person;                 COUNTER DEFENDANTS
RUSSELL ACRE and ANITA ACRE, husband and wife;
PAUL ACRE and DONNA ACRE, husband and wife;
JERRY PEARSON and MARGARET PEARSON, husband and wife

v.                              No.  4:09CV00421 JLH

                                                          DEFENDANT/
SPINDLETOP OIL & GAS COMPANY                              COUNTER-CLAIMANT

**<u>ORDER</u>**

The Amended Final Scheduling Order entered on August 20, 2010, directed the parties to file

pretrial disclosure sheets by February 15, 2011.  Counsel have previously been contacted regarding

the pretrial disclosure sheets, but as of this date, they have not been filed.  Therefore, the parties are

directed to submit their respective pretrial disclosure sheets no later than ***Friday, February 25, 2011.***

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE