IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBERT ACRE AND MARGARET ACRE, HUSBAND AND WIFE, FRANCES SMITH, A SINGLE PERSON, AND RUSSELL AND ANITA ACRE, HUSBAND AND WIFE, PAUL AND DONNA ACRE, HUSBAND AND WIFE, JERRY AND MARGARET PEARSON, HUSBAND AND WIFE, AND DONALD MCINTOSH AND DIANE MCINTOSH, HUSBAND AND WIFE | PLAINTIFFS |
| vs.                    NO. 4:09-CV-00421 JLH | |
| SPINDLETOP OIL & GAS CO. | DEFENDANT |
| SPINDLETOP OIL & GAS CO. | COUNTERCLAIMANT |
| vs. | |
| ROBERT ACRE AND MARGARET ACRE, HUSBAND AND WIFE, FRANCES SMITH, A SINGLE PERSON, AND RUSSELL AND ANITA ACRE, HUSBAND AND WIFE, PAUL AND DONNA ACRE, HUSBAND AND WIFE, JERRY AND MARGARET PEARSON, HUSBAND AND WIFE, AND DONALD MCINTOSH AND DIANE MCINTOSH, HUSBAND AND WIFE | COUNTERDEFENDANTS |

### ORDER OF DISMISSAL

The parties having notified the Court that this matter has been settled and is evidenced by the signatures of their Counsel hereto, Plaintiff and Counterdefendants' Complaint, and Defendant and Counterclaimant's Counterclaim, should be, and hereby are, each **DISMISSED** with prejudice. The Court retains jurisdiction in this matter *for thirty (30) days* to enforce the terms of any settlement agreement agreed to by the parties.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

April 20, 2012
DATE

**Agreed as to Form and Substance:**

/s/ David F. Butler
David F. Butler, Esq.
Crane & Butler, P.A.
P.O. Box 727
Magnolia, Arkansas 71753

Attorney for Plaintiffs and Counterdefendants,
Robert Acre and Margaret Acre, Husband and
Wife, Frances Smith, a Single Person, and Russell
and Anita Acre, Husband and Wife, Paul and
Donna Acre, Husband and Wife, Jerry and Margaret
Pearson, Husband and Wife, and Donald
McIntosh and Diane McIntosh, Husband and Wife

and

/s/ Gary D. Jiles
Gary D. Jiles (88-118)
MILLLAR JILES, LLP
The Frauenthal Building
904 Front Street
Conway, Arkansas 72032
(501) 329-1133
gjiles@mjcfirm.com

Attorneys for Defendant and Counterclaimant,
Spindletop Oil & Gas Co.